UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:19-CR-65-TAV-DCP |
| | ) | |
| VIRGIL CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Debra C. Poplin on April 6, 2020 [Doc. 408]. Judge Poplin recommends that defendant's Motion to Suppress [Doc. 300] be granted in part, in that she recommends that all evidence seized from within defendant's dresser and the one pill bottle on top of the dresser be suppressed, and she recommends the motion be denied in all other respects [Doc. 408]. There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After reviewing the matter, the Court agrees with Judge Poplin's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 408]. Defendant's Motion to Suppress [Doc. 300] is **GRANTED in part** to the extent that all evidence seized from within

defendant's dresser and the one pill bottle on top of the dresser are suppressed. The motion [Doc. 300] is **DENIED** in all other respects.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE